

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SON HOANG NGUYEN<br><br>*Defendant.* | Case No. 1:20-CR-155 (LMB)<br><br>Count 1: 21 U.S.C. §§ 841(a) and 846<br>Conspiracy to Distribute Controlled Substances<br><br>Forfeiture Notice: 21 U.S.C. § 853 |

### CRIMINAL INFORMATION

COUNT ONE

*Conspiracy to Distribute Controlled Substances*

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning in or around September 2019, and continuing thereafter up to and including December 2019, the exact dates being unknown, in Fairfax County, Virginia, within the Eastern District of Virginia, and elsewhere, the defendant, SON HOANG NGUYEN, and others did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree, to unlawfully, knowingly, and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846).

## FORFEITURE NOTICE

THE UNITED STATES ATTORNEY FURTHER FINDS THAT:

Upon conviction of the controlled substance offense alleged in Count 1 of the Information, the defendant, SON HOANG NGUYEN, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

(Pursuant to Title 21, United States Code, Section 853 and Fed. R. Crim. P. 32.2(a).)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____

Date: July 16, 2020

Bibeane Metsch
Jay V. Prabhu
Assistant United States Attorneys